[No. 73359-1-I.   Division One.   August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ZULAIN ILEANA ANGELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00785-4, Joseph P. Wilson, J., entered April 9, 2015. *Dismissed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Dwyer, J.

[No. 73403-2-I.   Division One.   August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTAPHER WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00324-6, Beth M. Andrus, J., entered March 12, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Leach and Spearman, JJ.

[No. 73422-9-I.   Division One.   August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAHROD BESHAH JIMMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-14131-7, Laura Gene Middaugh, J., entered April 24, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Spearman, JJ.

[No. 73443-1-I.   Division One.   August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD REGAN MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01943-9, Marybeth Dingledy, J., entered April 1, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Dwyer, JJ.